# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131784

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

                           SC: 131784
                           COA: 260065

TROY GRANT HALSTEAD,
         Defendant-Appellant.
                           Genesee CC: 04-014477-FC

_____/

       On order of the Court, the application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

t0122

                             Clerk